■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN HENRY, Appellant. [633 NYS2d 992] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated November 9, 1987 *(People v Henry,* 134 AD2d 370), affirming a judgment of the Supreme Court, Queens County, rendered January 3, 1985, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Miller, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS HOWARD, Appellant. [633 NYS2d 990] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered February 16, 1994, convicting him of robbery in the first degree (two counts) and grand larceny in the fourth degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that the admission of his arrest photograph warrants reversal in this case *(see, People v Logan,* 25 NY2d 184, *cert denied* 396 US 1020). Rosenblatt, J. P., Pizzuto, Altman and Hart, JJ., concur.